**EBONE LEROY EAST**
**GENERAL DELIVERY**
**SCOTTSDALE, AZ. 85257**
**IN PRO SE.**
**+19093122455**
www.cdbaby.com/all/tablerecords
https://songwhip.com/artist/ebone-east
**Ebone East** https://g.co/kgs/4UjATX
www.mimsolution.com
eboneeast@gmail.com

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 0 4 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATE DISTRICT COURT
IN AND FOR THE DISTRICT OF THE STATE OF ARIZONA

EBONE LEROY EAST, an individual

**CV-19-02207-PHX-JJT**

Plaintiffs,

vs.

SYMPHONIC DISTRIBUTION, INC

BALLAST POINT VENTURES (BPV)., et al.

(In their official capacity as a foreign corporation and as individuals,)

Defendants.

**CASE NO.:**

_____

**Original Complaint (FEDERAL) Affidavit and Request for Injunction**

FRAUDULENT MISREPRESENTATION
NEGLIGENT MISREPRESENTATION
**Caused plaintiff Irreparable Injuries**

**Jurisdiction:**

1) This court has jurisdiction over this matter pursuant to Title 28 U.S.C. sec. 1332 a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.00 and is a diversity of citizenship case. No Defendant is a citizen of the same State as the Plaintiff.

**PARTIES OF THIS ACTION:**

2) Plaintiff: **EBONE LEROY EAST**
   **GENERAL DELIVERY**
   **SCOTTSDALE, AZ. 85257**
   **IN PRO SE.**
   **+19093122455**
   www.cdbaby.com/all/tablerecords
   https://songwhip.com/artist/ebone-east
   **Ebone East** https://g.co/kgs/4UjATX
   http://www.mimsolution.com
   http://www.eboneeast.com
   http://www.eleandgigs.com
   eboneeast@gmail.com

3) Defendants:

A.) **SYMPHONIC DISTRIBUTION, INC**
   **707 North Franklin Street Suite 400**
   **Tampa, FL 33602**
   **United States**

B.) **BALLAST POINT VENTURES (BPV)**
   **401 E Jackson St #2300,**
   **Tampa, FL 33602**
   **United States**

**Complaint:**

*FRAUDULENT MISREPRESENTATION*

4) On or about April 2nd, 2019 Defendants **SYMPHONIC DISTRIBUTION, INC** and **BALLAST POINT VENTURES (BPV)** (id supra) made a deposit to Plaintiffs Music Distribution Account in the Amount of **$29.81** payable from **85 % (eighty-five percent) of Plaintiff total Music sells**, this representation by the Defendants is false. A representation was made by the Defendants: SYMPHONIC DISTRIBUTION, INC., BALLAST POINT VENTURES (BPV)., et al. (In their official capacity as a foreign corporation and as individuals,) that plaintiff would receive **85 % (eighty-five percent) of Plaintiff total Music sells** distributed by the Defendants;

5) That representation that plaintiff would receive **85 % (eighty-five percent)** of all Plaintiff's music sells distributed by the Defendants (id supra); was false;

6) the representation, when made, was known to be false and reckless of knowledge of the contracts truth, because for the last **3** years the Defendants (id supra) have been intentionally cheating plaintiff out of plaintiffs monies earned from music sells online and physical sells earned by CD sells;

7) the representation was made by the Defendants with the intention that the Plaintiff rely on it Because the Defendants (id supra) advertise 100% Copyright and **keep 85 % (eighty-five percent) of royalties and music sells** on their website for the last **3** years that the Defendants have been in business;

8) The other party the "Plaintiff" did in fact rely on Defendants (id supra) representation that Plaintiff would receive **85 % (eighty-five percent) of all music sells** distributed by the Defendants;

9) The other party the "Plaintiff" did suffer damages and monetary injuries as a result of relying on the Defendants (id supra) misrepresentation;

*NEGLIGENT MISREPRESENTATION*

10) Defendants **SYMPHONIC DISTRIBUTION, INC** and **BALLAST POINT VENTURES (BPV)** (id supra) made a false representation as to a past and existing fact that plaintiff would receive **85 % (eighty-five percent) of all music sells** distributed by the Defendants and that Plaintiff would keep 100% of his Copyright was false;

11) Defendants **SYMPHONIC DISTRIBUTION, INC** and **BALLAST POINT VENTURES (BPV)** (id supra) have no reasonable ground to believe that the representation is true because for the last **3** years Defendants have failed to pay plaintiff what he has earned throughout his total music sells distributed by the Defendants;

## Statement of Claim / Factual Allegations:

12) Plaintiff claims are ongoing against the Defendants (id supra), Plaintiff entered a contract with Defendants on **02-28-2016** and expired on **02-28-2018** as an Artist and Label of The Defendants and to this current time and Date of April 3rd, 2019 Plaintiffs and Defendants are still in mutual payment agreements, steaming from the original contract of **3** years ago.

13) Defendants (id supra) have failed to up hold their end of mutual payment agreements entered by the Plaintiff and Defendants and for the last **3** years Defendants have knowing mislead plaintiff to believe Defendants "statement of fact" that plaintiff would receive 85 % (eighty-five percent) of all music sells distributed by the Defendants and that Plaintiff would keep 100% of his Copyright was false;

14) And for the last **3** years Defendants (id supra) have failed to pay plaintiff what he has earned throughout his total music sells distributed by the Defendants and Plaintiff relied and believed that Plaintiff would receive 85 % (eighty-five percent) of all music sells distributed by the Defendants and that Plaintiff would keep 100% of his Copyright was false; by the Defendants intentional misrepresentation of a material fact, caused plaintiff loss income and injuries from Fraudulent and Negligent misrepresentation.

## Injuries/Damages:

15) Irreparable Injury of lost wages and income from music sells from **FRAUDULENT MISREPRESENTATION** And **NEGLIGENT MISREPRESENTATION** made by the Defendants (id supra).

16) Plaintiff for the last **3** years Plaintiff have sustained irreparable injury by the Defendants and continues, at this present time to sustain injuries, as a result of the Defendants actions and conduct of Fraudulent and Negligent Misrepresentation;

17) If this Complaint and Request for injunction is not granted Plaintiff will continue to suffer harm that may not be compensable (reparable) by imposition of a fine on the opposing party Defendants: **SYMPHONIC DISTRIBUTION, INC.** and **BALLAST POINT VENTURES (BPV).**, et al. (In their official capacity as a foreign corporation and as individuals,) Defendants at the end of the trial.

18) Plaintiff sustained injuries of actual money damages in regards of the amounts earned by the Defendants, and as of 2019 Defendants have earned **$364,000,000.00** (*Three Hundred Sixty four Million Dollars*) in Management Capital from the Artist Music sells; and has stolen monies from Plaintiffs since **2016-2019** and has only paid **$787.92** over a **3** year period and has not paid Plaintiff **85 %** (**eighty-five percent**) of Plaintiff total Music sells and 100% of Plaintiff's Copyright was false;

**Demand:**

19) Jury Trial, Complaint be served on Defendants (id supra) pursuant to FEDERAL RULE 4, and case commence pursuant to FEDERAL RULE(S): 17 -25; 26-34; 35-37; 38-40; 45 & 54-58; Court award Plaintiff **$364,000,000.00 (Three Hundred Sixty four Million Dollars)** from the Defendants Management Capital; from the Artist's total music sells; made from actual sells, from the Defendants by 2018, also including interest, costs, and other expenses incurred, and Any other further relief as the Court deem just And proper.

**Verification of Complaint:**

20) Pursuant to FEDERAL RULE 11 by signing below, I, EBONE LEROY EAST hereby certify to the best of my knowledge, information, and belief that this Complaint (1) is not being presented for an improper purpose, such to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law, including a non-frivolous argument for extending, modifying, reversing existing law; (3) the factual contentions have evidentiary support, specifically identified, and will have more evidentiary support after a reasonable opportunity for further investigation and discovery; (4) the Complaint otherwise complies with the requirements of Rule 11.

21) I EBONE LEROY EAST hereby verify and declare that to the best of my knowledge that the foregoing is true and correct and I hereby certify, under the laws of penalty of perjury of The United States of America, that the foregoing is true and correct.

Respectfully Submitted this 3rd Day of April, 2019.

East, Ebone LeRoy
X.    /S/
EBONE LEROY EAST